IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| DEANN DAVIS, | |
|---|---|
| Plaintiff, | **7:17CV5007** |
| vs. | |
| CHASE COUNTY SCHOOL DISTRICT NO. 536, | **ORDER** |
| Defendant. | |

Defendant has raised an immunity defense, alleging that "a local government may not be sued under § 1983 on a respondent superior theory." Defendant intends to file a motion dismiss on the basis of immunity. ([Filing No. 5 at CM/ECF p. 2](#)), and the parties jointly request that case progression be stayed pending a ruling on that motion. ([Id](#)).

Accordingly,

IT IS ORDERED:

1) The deadline for Defendant to file a motion to dismiss on the basis of immunity is January 31, 2018.

2) The clerk shall set a Case Management Deadline for February 1, 2018.

Dated this 11th day of January, 2018.

                BY THE COURT:
                *s/ Cheryl R. Zwart*
                United States Magistrate Judge