IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DEANN DAVIS,<br><br>              Plaintiff,<br><br>vs.<br><br>CHASE COUNTY SCHOOL DISTRICT NO. 536,<br><br>              Defendant. | **7:17CV5007**<br><br>**ORDER** |

After conferring with counsel,

IT IS ORDERED:

1) Plaintiff's amended complaint shall be filed on or before February 2, 2018.

2) Defendant's answer or response to the amended complaint shall be filed on or before 21 days after the amended complaint is filed.

3) The court's order setting a motion to dismiss deadline, (Filing No. 6), is withdrawn.

January 26, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge